**Mario FARAONE et al.**

v.

**Fiorenzo FARAONE et al.**

**No. 81–47–M.P.**

Supreme Court of Rhode Island.

April 9, 1981.

Anthony M. Gallone, Providence, for petitioners.

Lovett & Linder, Ltd., Joyce A. Faraone, Providence, for respondents.

## ORDER

The petition for writ of certiorari is denied.

**Eileen S. JOHNSON**

v.

**Harold W. JOHNSON.**

**No. 81–192–M.P.**

Supreme Court of Rhode Island.

April 9, 1981.

Kirshenbaum & Kirshenbaum, John E. McCann, Providence, for plaintiff-respondent.

Goldberg, Goldberg & Goldberg, Lawrence L. Goldberg, Pawtucket, for defendant-petitioner.

## ORDER

The petition for writ of certiorari and motion for stay are denied.

**Bruce LEONARDO**

v.

**STATE.**

**No. 81–175–C.A.**

Supreme Court of Rhode Island.

April 9, 1981.

Norman D'Andrea, Providence, for defendant.

## ORDER

The defendant's motion for appointment of counsel is granted and Norman D'Andrea is appointed to represent defendant in the further prosecution of this appeal.

SHEA, J., did not participate.